**EXHIBIT**

**A**

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

2024002534 ta

| STATE OF MICHIGAN 74TH JUDICIAL DISTRICT 18TH JUDICIAL CIRCUIT | COMPLAINT MISDEMEANOR | CASE NO.: 2024002534 JUDGE: DISTRICT CASE NO.: 2025-0650 CIRCUIT CASE NO.: |
|---|---|---|

| District Court ORI: MI090025J 1230 WASHINGTON AVE. BAY CITY, MI 48708 989-895-4232 | | Circuit Court ORI: MI090015J 1230 WASHINGTON AVE. BAY CITY, MI 48708 989-895-4265 |
|---|---|---|

| THE PEOPLE OF THE STATE OF MICHIGAN | Defendant's name and address V  RAY  AL ROCHA ██████████ | Victim or complainant |
|---|---|---|
| | | Complaining Witness COURT OFFICER |
| Codefendant(s)  (if known) | | Date: On or about 11/10/2024 |

| City/Twp./Village CITY OF BAY CITY | County in Michigan BAY | Defendant TCN | Defendant CTN ██████ | Defendant SID ██████ |
|---|---|---|---|---|

| Defendant DOB Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN Put DLN in Ref. No. row 3 on MC 97 | DLN Type: Oper./Chauf | Vehicle Type | Defendant Sex M | Defendant Race W |
|---|---|---|---|---|---|

| Police agency report no. BCSD 24109-03788 | Charge See below | Maximum penalty See below |
|---|---|---|

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

STATE OF MICHIGAN, COUNTY OF BAY.

The complaining witness says that on the date and at the location described, the defendant, contrary to law,

## COUNT 1:  UNMANNED AIRCRAFT - INTERFERENCE WITH DUTIES OF PUBLIC SAFETY PERSONNEL

did  knowingly and intentionally operate an unmanned aircraft system in a manner that interfered with the officail duties of a police officer; contrary to MCL 259.321, MCL 257.323 [259.321]
MISDEMEANOR:  90 Days and/or $500.00

☐   The complaining witness asks that the defendant be apprehended and dealt with according to law.

| Warrant authorized on _06/10/2025_ by: Date *[signature]* Prosecuting Official,  Michael P. Kanuszewski P72100 ☐ Security for costs posted | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief. _____     _____ Complaining Witness Signature                Date |
|---|---|

Approved SCAO, PACC-PAAM Replacement
Form DC 225w, Rev. 9/22-Ver. 2
MCL 764.1, MCL 764.1a,  MCR 6.101, MCR 6.102, MCR 6.615

Distribute form to:
Court
Prosecutor
Defendant