

EXHIBIT

B

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

**SAGINAW AND BAY CITY NEWS**
2019.

# Bay County Sheriff's Office gets drone to help in search-and-rescue operations

Published: Jun. 07, 2019, 10:39 a.m.



     

Bay County Sheriff uses drone to document the scene of an accident Thursday, June 6, 2019.

By Cole Waterman | Cole_Waterman@mlive.com

BAY COUNTY, MI – In their efforts to more quickly locate and rescue people, Bay County Sheriff's deputies now have a new arrow in their quiver — a drone.

"It's a newer program for us," said Sheriff Troy R. Cunningham. "It's been up and running for a little over a month now."

The drone, a DGIC Mavic 2 Enterprise, goes skyward to aid in search-and-rescue operations, to scope out potentially barricaded gunman situations and to offer an aerial view in traffic crash reconstructions.

"We often get calls of missing children or elderly people who have wandered away from an adult care facility," the sheriff said. "With this, it's one way we can cover a bigger area quicker and help locate those people."

During the winter, ice fishers and snowmobilers frequently fall through or get lost on the ice of the Saginaw Bay. In such circumstances, deputies can deploy the drone overhead to chart a safe route for rescuers to take rather than walking blindly onto precarious ice, Cunningham said.

When it's in the air, the deputy controlling it receives a live feed on a tablet. The drone can take still photos and video.

The drone has spotlights for flying at night and a speaker, through which commands could be yelled.

Currently, Deputy Chris Berg is the only staff member licensed to operate the drone. A second deputy is in the training process and will probably be licensed within a month, Cunningham said.

The drone and a training variation cost the department between $6,000 and $7,000, the sheriff said. The agency is applying for a grant of up to $25,000 to buy a larger, more advanced drone with such features as infrared scanning.

The sheriff assured the device is not going to be used for traffic or crime enforcement, such as flying above suspected illicit marijuana-growing operations.

"If the drone happens to be up and we observe a violent felony in progress, then we'll take action," he said, "but it's not going to be used to violate anyone's constitutional right to privacy. Still flying it, we have to protect everyone's right to privacy."

https://www.mlive.com/news/saginaw-bay-city/2019/06/bay-county-sheriffs-office-gets-drone-to-help-in-search-and-rescue-operations.html

 **Cole Waterman**

Cole Waterman is a public safety reporter for MLive. He predominantly covers crime in Saginaw and Bay counties. He attended Delta College and Saginaw Valley State University. He has been a reporter with MLive…more

✉ cole_waterman@mlive.com

https://www.mlive.com/news/saginaw-bay-city/2019/06/bay-county-sheriffs-office-gets-drone-to-help-in-search-and-rescue-operations.html